## BOARD OF COM'RS OF GRADY COUNTY v. BROADWELL et al.

No. 7307.—Opinion Filed Dec. 17, 1918.

Rehearing Denied May 27, 1919.

(Syllabus by the Court.)

Indians—Taxation of Exempt Allotments— Refund.

Reversed on authority of Board of Commissioners v. Ward, 68 Oklahoma, 173 Pac. 1050, and Broadwell v. Board of Commissioners, 71 Oklahoma, 175 Pac. 828.

Error from District Court, Grady County; Frank M. Bailey, Judge.

Proceedings by George R. Broadwell and another against the Board of County Commissioners of Grady County, Okla. From a judgment for plaintiffs, defendant brings error. Reversed.

John H. Venable and Allen K. Swann, for plaintiff in error.

Geo. P. Glaze, for defendants in error.

PER CURIAM. Defendants in error filed claim with the board of county commissioners of Grady county claiming a refund of certain taxes paid by citizens of the Choctaw and Chickasaw Nations upon their allotments which were exempt from taxation. The individual Indians had assigned their claims for refund thereof to the defendants in error. The board of commissioners rejected the claim, from which decision an appeal was prosecuted to the district court, where judgment was rendered in favor of defendants in error, and the board of county commissioners prosecutes this appeal. The questions of fact and the propositions of law involved are identical with those in the case of Board of Commissioners v. Ward, 68 Oklahoma, 173 Pac. 1050, and Broadwell v. Board of County Commissioners, 71 Oklahoma, 175 Pac. 828, and upon authority of those cases, the judgment is reversed.

## OIL FIELDS & S. F. R. CO. v. WHEELER.

No. 10301.—Opinion Filed Feb. 11, 1919.

Rehearing Denied May 27, 1919.

Error from District Court, Payne County; William Bowles, Judge.

Action between the Oil Fields & Santa Fe Railway Company and F. M. Wheeler. Judgment for the latter, and the former brings error. Dismissed.

Robt. A. Lowry, for plaintiff in error.

J. W. Reece, for defendant in error.

KANE, J. This cause came on to be heard upon the motion to dismiss filed by defendant in error upon the following grounds:

(1) That the case-made has never been signed by the judge of the court.

(2) That the attempted case-made and record has never been filed in the district court of Payne county, Okla.

(3) That the attempted case-made and record has never been signed or attested by the clerk.

These are sufficient grounds for dismissing the appeal, and, as the motion to dismiss appears to have been served upon counsel for the plaintiff in error, and no response has been filed thereto, we will assume that it correctly states the condition of the record.

For the reasons stated, the motion to dismiss appeal is sustained.

All the Justices concur.

## HUBER v. AKERS et al.

No. 8043.—Opinion Filed May 27, 1919.

Error from District Court, Texas County; W. M. Clark, Special Judge.

Action between H. L. Huber and W. W. Akers and others. Judgment for the latter, and the former brings error. Affirmed.

John L. Gleason and Charles L. Moore, for plaintiff in error.

V. H. Grinstead, for defendants in error.

PER CURIAM. The questions involved in this action are identical with those in case No. 7383, Huber v. Board of County Commissioners, 66 Oklahoma, 166 Pac. 892, and an order was entered May 24, 1916, consolidating these two cases. On July 24, 1917, an opinion was filed in cause No. 7383, affirming the judgment of the lower court. The judgment in that case has become final and controls this cause.

Therefore the judgment of the trial court is affirmed.